PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Qshaun Brown-Guinyard      Cr.: 21-00404-001
     PACTS #: 6906163

Name of Sentencing Judicial Officer:    THE HONORABLE SUSAN D. WIGENTON
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/29/2021

Original Offense:    Count One: Attempt And Conspiracy To Commit Fraud., 18:1349.F

Original Sentence: 30 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Restitution - Money, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Substance Abuse Testing, Search/Seizure, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Other Condition, No New Debt/Credit, Other Condition

Type of Supervision: Supervised Release      Date Supervision Commenced: 02/13/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 16, 2023, Mr. Brown reported to our office and submitted to a urinalysis, which yielded positive for alcohol. Mr. Brown admitted to drinking alcohol the night before. |

U.S. Probation Officer Action:

Mr. Brown was verbally reprimanded for testing positive for alcohol. Our office will increase the amount of random urine samples collected to ensure discontinued use of any illicit substances. In addition, Mr. Brown is currently participating in mental health treatment and the matter will be discussed with his counselor.

The. U.S. Probation Office is respectfully requesting no Court action be taken at this time. We will continue to closely monitor this matter and notify Your Honor of any additional noncompliance.

Prob 12A – page 2
Qshaun Brown-Guinyard

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KIMBERLY MARIN
U.S. Probation Officer

/ km

APPROVED:

_____   04/12/2023
KEVIN M. VILLA                Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

April 13, 2023
_____
Date